

09-CR-05887-ORD

Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS LANE PROBSTFELD,<br><br>Defendant. | NO. CR09-5887RBL<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 21 U.S.C. § 853(e)(1)(A), to maintain custody of certain property named in the Indictment, filed in this case on December 30, 2009. Having reviewed the United States' motion, the Court finds:

The properties to which this order refers (hereinafter referred to as "the properties") are as follows:

1. One HP Pavillion desktop computer, serial number #MXV85001LL;
2. One Dell Inspirion E1705 laptop computer, serial number #JX39BB1;
3. One Dell Inspirion 8500 laptop computer, serial number #3BF5G31;
4. One HP W2007 monitor, serial number #CNC843KMKW; and
5. One HP hard drive, serial number #MYU84521RS.

//

//

//

[PROPOSED] ORDER GRANTING UNITED STATES
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 1
U.S. v. DOUGLAS LANE PROBSTFELD (CR09-5887RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1　　　The property has been named in the December 30, 2009 Indictment as subject to
2　forfeiture. The property is currently in the custody of the Department of Homeland Security-
3　Customs and Border Protection. The United States is entitled to a protective order pursuant to
4　21 U.S.C. §853(e)(1)(A) based on the fact that the property is included in the Indictment, which
5　alleges that upon conviction, the property is subject to forfeiture. This demonstrates the
6　probable cause necessary for the property to be held.
7　　　It is therefore
8　//
9　//
10　//

[PROPOSED] ORDER GRANTING UNITED STATES
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 2
U.S. v. DOUGLAS LANE PROBSTFELD (CR09-5887RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

ORDERED AND ADJUDGED:

1. The United States' motion for a protective order is GRANTED.

2. The property identified above shall remain in the custody of the Department of Homeland Security-Customs and Border Protection, pending conclusion of the criminal forfeiture proceedings and further order of this Court.

3. The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

DATED this 15th day of January, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4312
Fax No.: (206) 553-6934
E-mail: thomas.woods2@usdoj.gov

[PROPOSED] ORDER GRANTING UNITED STATES
PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY- 3
U.S. v. DOUGLAS LANE PROBSTFELD (CR09-5887RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970